FILED
06/12/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Michael James Scrogham

v.

(Full name of defendant(s))

Officer Dunaway

Sgt. Tevin Talbot

LT. Dangler

Case Number:

4:24-cv-00084-SEB-KMB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
   (State)

   Floyd County Jail  311 Hauss Square New Albany IN 47150
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant Officer Dunaway, Sgt. Talbot, LT. Dangler
   (Name)

is (if a person or private corporation) a citizen of <u>unknown</u>
(State, if known)

and (if a person) resides at <u>unknown</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Floyd County Jail  311 Hauss Square New Albany IN 47150</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know. An Unknown Officer along with Officer Dunaway illegally strip searched me twice in Book-in shower. Handcuffed me, and pushed me against shower wall. Then grabbed collar of my jumpsuit, pulled me back, and slammed me face first into brick wall as he said, "You will comply with direct order". I wasn't resisting one bit. After he done that he immediately left the shower and stood in book-in area silent. I instantly felt my tooth between my lip, and gum line, and noticed my nose bleeding. Sgt. Talbot witnessed the whole thing. I told talbot I wanted to press charges against officer Dunaway for battery, and he had no reason to assault me like he did, and began to curse at him. Sgt Talbot said, "There would be an investigation. He then fetched a small silver digital camera, peroxide, and bandade.

Complaint - 2

cleaned my nose up, and took a picture of my nose but not my mouth, or made it look like he took a picture. He then took the camera back to the office, and I spit on the outside of shower door to get my D.N.A. on it for evidence. I was then walked up to "A" block. Five minutes later I was taken to "C" block for cursing at Officer Dunaway. The next day I was told by Lt. Dangler "that I was lucky that's all I "F"ing got", and this wasn't "F"ing Clark County. No investigation was launched, and when I requested to speak to their Supervisers. The Major, Captain, and Sheriff Bush. I was denied all 3 times. All of this was because I refused to be sprayed with delousing chemicles, and expressing how being strip searched twice was illegal unless I was arrested on drug charges. Which I wasn't. Then the officers made efforts to cover it all up, by Sgt, and LT. I did not resist any order given to deserve being assaulted. But "I was lucky that's all I got" was a tooth knocked out, and a busted open nose according to the Leutenant who does Seg hearings. This occured on 04-30-2024 around 0:24 or a little before in the book-in area.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $1,000,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am seeking $1,000,000 in damages, and calling for those 3 officers losing their jobs and any unemployment or pensions. I'm also asking the Floyd County Jail to cease delousing anyone else, and also strip searches on anyone unless encarcerated on drug charges. The $1,000,000 is for the 2 illegal strip searches, being assaulted, busting my nose open and leaving a scar, losing a tooth, denied medical treatment by a certified nurse, failure to investigate the incident, and efforts by officers to cover it all up, being thrown in Seg as punishment for their actions causing me to lash out, and the comments of the Leutenant doing my seg hearing, and denied to speak to a Major, Captain, or the Sheriff.

E. **JURY DEMAND**

☒ Jury Demand – I want a jury to hear my case
   OR

☐ Court Trial – I want a judge to hear my case

Dated this 7th day of June 20 24.

Respectfully Submitted,

_____
Signature of Plaintiff

#2077
Plaintiff's Prisoner ID Number

Floyd County Jail
311 Hauss Square

New Albany IN 47150
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

*I am indegent, and have no income or money.*

**FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.